# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE E. CARTER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NATE DILL, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-00647-LJO-SMS PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE REGULAR CIVIL IFP APPLICATION OR PAY FILING FEE IN FULL WITHIN THIRTY DAYS<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF REGULAR CIVIL IFP APPLICATION |

　　　　Plaintiff is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a motion seeking leave to proceed in forma pauperis by a prisoner on April 30, 2007. On May 10, 2007, plaintiff filed a notice of change of address. In light of the fact that plaintiff is no longer in custody, it is HEREBY ORDERED that:

　　　　1.　　The Clerk's Office shall send plaintiff a regular civil in forma pauperis application;

　　　　2.　　Within **thirty (30) days** from the date of service of this order, plaintiff shall either file a completed regular civil in forma pauperis application or pay the $350.00 filing fee in full; and

　　　　3.　　The failure to obey this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:　　June 5, 2007　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1