IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE E. CARTER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NATE DILL, et al.,<br><br>　　　　Defendants.<br>_____ | 1:07-cv-0647 LJO SMS PC<br><br>SECOND ORDER TO SUBMIT REGULAR CIVIL IFP APPLICATION **OR** PAY FILING FEE |

　　　　Plaintiff is a former state prisoner proceeding pro se, is proceeding with a civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On June 5, 2007, plaintiff was ordered by the court to submit a regular civil in forma pauperis application or pay the $350.00 filing fee in full. On June 28, 2007, plaintiff submitted a deficient document. The application to proceed in forma pauperis did not include answers to questions 2 (a)-(b) and 3 (a)-(f). Plaintiff will be provided another opportunity to comply with the court's order and submit the required document or pay the filing fee.

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The Clerk's Office shall send to plaintiff a regular civil in forma pauperis application;

1

2. Within **thirty (30) days** of the date of service of this order, plaintiff shall either submit a completed regular civil in forma pauperis application, or pay the $350.00 filing fee in full; and

3. Failure to obey this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   July 31, 2007**                          /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE