# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE E. CARTER, | 1:07-cv-00647-SMS-PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED |
| v. | |
| DILL, et al., | (Doc. 1.) |
| Defendants. | ORDER FOR CLERK TO CLOSE CASE |

Plaintiff Leslie E. Carter ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on April 30, 2007. (Doc. 1.) On May 10, 2007, Plaintiff consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1), and on February 23, 2009, the court reassigned this action to the undersigned. (Docs. 4, 13.)

On January 5, 2009, the undersigned dismissed Plaintiff's complaint for failure to state a claim upon which relief may be granted and ordered Plaintiff to file an amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). (Doc. 12.) To date, Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted under section 1983.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is DISMISSED with prejudice, based on Plaintiff's failure to state any claims upon which relief may be granted under section 1983; and
2. The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:   February 24, 2009**          /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE